UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST,

                Plaintiff,

- against -

NEVER SUMMER INDUSTRIES, INC.,

                Defendant.

**ORDER**

20 Civ. 5180 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that any motion for a default judgment is to be filed by **December 2, 2020**. Plaintiff is directed to consult Attachment A of this Court's Individual Rules of Practice in Civil Cases for the procedures to move for a default judgment.

Dated: New York, New York
        November 2, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge